### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Karlos Carlisle, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00751-SGC |
| | ) |
| Plaza Services, LLC, a | ) |
| South Dakota limited liability | ) |
| company, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that he has reached a settlement of his claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give him leave to file for dismissal by August 13, 2020.

Dated:  June 29, 2020

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps  (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2020, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on June 29, 2020.

Jonathan H. Fain, Esquire
PebLaw, PC
3631 Chamblee Tucker Road
Suite A #175
Atlanta, Georiga 30341

Bradford W. Botes                    bbotes@bondnbotes.com
Bond, Botes, Reese
   & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com