FILED

2020 Jul-24  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Karlos Carlisle, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  2:20-cv-00751-SGC |
| | ) | |
| Plaza Services, LLC, a | ) | |
| South Dakota limited liability | ) | |
| company, | ) | |
|     Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of his claims against Defendant, hereby stipulates to the dismissal of his claims with prejudice.

Dated:  July 24, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on July 24, 2020.

Jonathan H. Fain, Esquire
PebLaw, PC
3631 Chamblee Tucker Road
Suite A #175
Atlanta, Georgia 30341

Bradford W. Botes                    bbotes@bondnbotes.com
Bond, Botes, Reese
   & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com