# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KARLOS CARLISLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-00751-SGC |
| PLAZA SERVICES, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff has filed a notice of voluntary dismissal in this action before the opposing party served either an answer or a motion for summary judgment. (Doc. 11).  Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, this action is **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

**DONE** this 29th day of July, 2020.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE